**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MICHELE GILLION; *et al.*                                                          PLAINTIFFS

v.                                          1:17CV00033-JM

NANCY WEAVER, CEO; *et al.*                                          DEFENDANTS

## **JUDGMENT**

      Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED without prejudice.

      DATED this 28th day of July, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1